# JEFFREY G. PITTELL
### ATTORNEY AT LAW

**MAHER & PITTELL, LLP**
**299 East Shore Road**                                Tel  (516) 829-2299
**Great Neck, New York  11023**                        Fax  (516) 977-3003
*www.jpittell.com*                                     Email  *jp@jpittell.com*

September 25, 2013

Hon. Dora L. Irizarry
U.S. District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: *US v. Thaqi {Fadil Salaj}* 11 cr 486 (DLI)

Dear Judge Irizarry:

      I am counsel for Fadil Salaj, one of the defendants in the above referenced matter.

      I submit this letter in support of my request for a brief adjournment of Mr. Salaj's sentencing.

      Mr. Salaj is currently scheduled for sentencing on October 30, 2013. On the same date the U.S. Sentencing Commission is conducting a daylong program (at the Central Islip Courthouse) on upcoming amendments to the Sentencing Guidelines and related topics.

      I seek to attend this program. (The program is also being held, at the Brooklyn Courthouse, on the following day. However, I will be engaged in a suppression hearing). Accordingly, in order to attend the program, I respectfully request a brief adjournment of the sentencing.

      I can be available any date/time the week of November 11th (except the 14th).

      I have conferred with the Government and they do not object to this request.

                                             Respectfully submitted,
                                             /s/
                                             Jeffrey G. Pittell

cc: Gina Parlovecchio, AUSA