U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

FILED OCT 2 4 2013
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 2 5 2013 ★

BROOKLYN OFFICE

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Salaj, Fadil | | |
| Presiding Judge: | Date of Hearing: | Type of Hearing: |
| Honorable Dora L. Irizarry | October 30, 2013 | Sentencing |
| Docket Number: | Date of Initial Appearance: | Date of Release: |
| 11CR486 | February 8, 2012 | February 8, 2012 |

### SUMMARY OF RELEASE INFORMATION:

The defendant was arrested by DEA agents on February 8, 2012, and charged with Conspiracy to Import and Distribute Marijuana, in violation with 21 U.S.C. 846 & 963. The defendant appeared in this District before U.S. Magistrate Judge Lois Bloom on the same date and was released on a $200,000 bond secured by property with the following conditions: travel restricted to the continental United States; no contact with co-defendants unless in the presence of counsel, no contact with members or associates of organized crime; surrender passport and do no reapply; subject to random home / employment visits; and report to Pretrial Services as directed.

### COMPLIANCE WITH RELEASE CONDITIONS:

As the defendant resides in Chicago, Illinois, courtesy supervision has been conducted by the Northern District of Illinois. The defendant has been compliant throughout the Pretrial Services supervision period. The defendant reports as directed and provides all requested documentation.

### UPDATED SOCIAL INFORMATION:

The defendant has maintained residence since his bail release at 6217 N. Winthrop Avenue, Apt. 403, Chicago, IL. The Northern District of Illinois advised no unusual activity was noted during random home visits. The defendant is self-employed and owns Buddies Trucking, located in Chicago, Illinois.

### VERIFICATION OF COMMUNITY TIES:

The Northern District of Illinois advised the defendant's address was verified through home contacts and documentation.

### ADJUSTMENT TO SUPERVISION:

The Northern District of Illinois reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.

## CRIMINAL RECORD CHECK:

The most recent criminal record check was conducted on October 22, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

## REASSESSMENT OF RISKS:

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

## CONDITIONS TO CONSIDER AT SENTENCING:

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:
None.

**Submitted by:**

*[signature]*

**Erin J. Rodriguez**

**U.S. Pretrial Services Technician**

**Approved by:**

*[signature: Desiree Melendez]*

**Desiree Melendez**

**U.S. Pretrial Services Officer Specialist**

**Date:**   **October 22, 2013**